IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 02-cv-02220-PSF-PAC

RAY LEVELLE,

      Plaintiff,

v.

PENSKE LOGISTICS, a subsidiary of Penske Truck Leasing,

      Defendant.

_____

**ORDER GRANTING DEFENDANT'S MOTION FOR
STAY AND FOR FILING OF SUPERSEDEAS BOND**
_____

The Court hereby GRANTS a temporary stay on the execution of the judgment in this case. The Motion for Stay and for Filing of Supersedeas Bond (Dkt. # 112) of Defendant Penske Logistics, filed June 21, 2005, is apparently opposed by Plaintiff Ray LeVelle. Plaintiff shall have until June 29, 2005 to file his opposition to the motion. No reply will be considered. In the interim and until the motion is decided on the merits, the stay shall remain in effect upon the terms set forth in the motion. Defendant shall post forthwith a supersedeas bond in the amount of $225,000.

      DATED: June 22, 2005

                          BY THE COURT:

                          s/ Phillip S. Figa

                          _____
                          Phillip S. Figa
                          United States District Judge