IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 02-cv-02220-PSF-PAC

RAY LEVELLE,

    Plaintiff,

v.

PENSKE LOGISTICS, a subsidiary of Penske Truck Leasing,

    Defendant.

## ORDER ON MOTION TO BORROW RECORD

Plaintiff's Motion to Borrow Record (Transcripts) (Dkt. # 124) is DENIED for failure to comply with D.C.COLO.LCivR 7.1(A), as its does not appear that counsel made any effort to confer with counsel for defendants.

Plaintiff's motion is further DENIED on the merits of the request. Plaintiff's counsel is DIRECTED to contact Stephen P. Ehrlich, Chief Deputy Clerk, at 303-844-3433, to make alternative arrangements for obtaining a copy of the transcript and/or other portions of the record for appeal.

DATED: October 3, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge