IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 02-cv-02220-PSF-PAC

RAY LEVELLE,

    Plaintiff,

v.

PENSKE LOGISTICS, a subsidiary of Penske Truck Leasing,

    Defendant.

## ORDER

This matter is before the Court on the Order of the Tenth Circuit transferring Defendant's request for costs to this Court (Dkt. # 127), filed September 25, 2006, and the mandate of the Tenth Circuit remanding this case for further proceedings (Dkt. # 130), filed October 2, 2006. It is HEREBY ORDERED that a status and scheduling conference shall be held in this matter on **Thursday, October 19, 2006 at 3:30 p.m.**, in Courtroom A602 of the U.S. District Court for the District of Colorado, Sixth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel are directed to confer and prepare to the extent possible a joint list of issues to be addressed at the conference and any proposed briefing timetable, which shall be filed with the Court no later than **5:00 p.m. on Tuesday, October 17, 2006**.

    DATED: October 4, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*
                                        _____
                                        Phillip S. Figa
                                        United States District Judge