UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Case No. 02-cv-02220-PSF-PAC

RAY LEVELLE,

    Plaintiff,

v.

PENSKE LOGISTICS,

    Defendant.

---

## ORDER RESETTING STATUS/SCHEDULING CONFERENCE

    This matter is before the Court on the parties' Stipulated Motion to Vacate and Reschedule Status and Scheduling Conference (Dkt. # 132). The Court hereby

    ORDERS that the status and scheduling conference currently set for October 19, 2006 is RESCHEDULED to **Tuesday, October 24, 2006 at 1:30 p.m.** The parties shall submit a joint list of issues to be addressed at the conference and any proposed briefing timetable no later than 5:00 p.m. on Friday, October 20, 2006.

    DATED: October 12, 2006

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*

                                                _____
                                                Phillip S. Figa
                                                United States District Judge