IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 02-cv-02220-PSF-PAC

KAREN LEVELLE, as personal representative for the Estate of Ray Lavelle,

    Plaintiff,

v.

PENSKE LOGISTICS, a subsidiary of Penske Truck Leasing,

    Defendant.

## ORDER

This matter is before the Court on Plaintiff's Motion for Leave to File Response Brief Re: Defendant's Brief Concerning Attorney Fees and Costs (Dkt. # 144), filed November 7, 2006.  The motion is GRANTED in part.  It is hereby ORDERED that each side may file a response brief on or before **Tuesday, November 21, 2006**.  It is

FURTHER ORDERED that a hearing on Defendant's Motion for Costs (Dkt. # 128), Defendant's Memorandum on Attorneys' Fees Issues (Dkt. # 139), and Plaintiff's Brief Concerning Attorneys' Fees and Costs (Dkt. # 140) shall be held on **Tuesday, November 28, 2006 at 3:30 p.m.**, in Courtroom A602 of the U.S. District Court for the District of Colorado, Sixth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street,

Denver, Colorado.

DATED: November 8, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge