UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Case No. 02-cv-02220-PSF-PAC

KAREN LEVELLE, as personal representative for the Estate of Ray LeVelle,

    Plaintiff,

v.

PENSKE LOGISTICS,

    Defendant.

## ORDER VACATING HEARING

In light of the settlement reached by the parties at a settlement conference on November 17, 2006, the Court hereby VACATES the hearing on attorney fees scheduled for November 28, 2006.  The Court notes that dismissal papers in this matter are to be filed by November 30, 2006.

    DATED:  November 22, 1006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*

                                            _____
                                            Phillip S. Figa
                                            United States District Judge